1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 RAJ SINGH KOHLI and          )
   VEENA KAUR KOHLI,            )    No. C 06-02459-CRB
13                              )
         Plaintiffs,            )
14                             )    STIPULATION AND [PROPOSED] ORDER
      v.                        )    CONTINUING CASE MANAGEMENT
15                             )    CONFERENCE
   MICHAEL CHERTOFF, et. al.    )
16                             )
         Defendants.           )
17 _____ )

18

19    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

20 subject to approval by the Court, the following:

21    1.  On April 7, 2006, plaintiffs filed a petition for writ of mandamus in this Court, seeking an

22 order compelling the adjudication of the I-730 Petition for Asylee Relative filed by plaintiff Veena

23 Kaur Kohli on behalf of plaintiff Raj Singh Kohli.

24    2.  The plaintiffs filed an amended petition for writ of mandamus seeking the same relief on

25 April 18, 2006.

26    3.  The defendants filed an answer to the amended petition on June 7, 2006.

27    4.  On June 8, 2006, the defendants issued a Request for Evidence, asking the plaintiffs for

28 further information regarding their I-730 Petition.

STIPULATION AND ORDER CONTINUING CMC
C 06-02459 CRB                      1

1    5.  A response to the Request for Evidence is due on August 31, 2006.

2    6.  The parties have met and conferred and believe that plaintiffs' case may possibly be

3  resolved within the next few months.

4    7.  The parties therefore agree, subject to court approval, to continue the Case Management

5  Conference currently set for July 7, 2006, **to October 6, 2006.**

6    8.  The parties further agree, subject to court approval, to file a joint case management

7  statement seven days in advance of the case management conference, and to file the necessary

8  Alternative Dispute Resolution Documents twenty-one days in advance of the case management

9  conference.  The parties are also discussing the propriety of discovery and, if necessary, will

10  provide their initial disclosures and Rule 26(f) report seven days before the case management

11  conference.

12

13  Dated: June 15, 2006                                    /s/
                                                    STACY TOLCHIN
14                                                  Van Der Hout, Brigagliano and Nightingale
                                                    Attorney for Plaintiff
15

16

17  Dated: June 15, 2006
                                                    KEVIN V. RYAN
                                                    United States Attorney
18

19                                                      /s/
                                                    EDWARD A. OLSEN[1]
20                                                  Assistant United States Attorney
                                                    Attorney for Defendants
21

22                                 **ORDER**

23  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be
    continued to October 6, 2006.
24

25

26  Dated:  ___June 16, 2006___          _____

27                                      CHARLES R. BREYER
                                        United States District Court Judge

28

[1]I, Edward A. Olsen, attest that Stacy Tolchin and I have agreed to this version.
STIPULATION AND ORDER CONTINUING CMC
C 06-02459 CRB                    2