1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 RAJ SINGH KOHLI and          )
   VEENA KAUR KOHLI,            )     No. C 06-2459-CRB
13                              )
        Plaintiffs,             )
14                              )     SECOND STIPULATION TO EXTEND
        v.                      )     THE DATE OF THE CASE
15                              )     MANAGEMENT CONFERENCE; AND
   MICHAEL CHERTOFF, et. al.    )     [PROPOSED] ORDER
16                              )
        Defendants.            )
17 ─────────────────────────────)

18     The plaintiffs, by and through their attorneys of record, and defendants, by and through their

19 attorneys of record, hereby stipulate, subject to approval of the Court, to a 60-day extension of the

20 case management conference in this case, based on the following:

21     1.  On April 7, 2006, plaintiffs filed a petition for writ of mandamus in this Court, seeking an

22 order compelling the adjudication of a Form I-730 Petition for Asylee Relative that was filed with

23 the United States Citizenship and Immigration Services (USCIS) by plaintiff Veena Kaur Kohli on

24 behalf of plaintiff Raj Singh Kohli.

25     2.  The plaintiffs filed an amended petition for writ of mandamus seeking the same relief on

26 April 18, 2006.

27     3.  The defendants filed an answer to the amended petition on June 7, 2006.

28     4.  On June 8, 2006, the USCIS  issued a Request for Evidence, asking the plaintiffs for further

STIPULATION AND ORDER CONTINUING CMC
C 06-2459 CRB                    1

1  information regarding the Form I-730 Petition on or before August 31, 2006.

2      5.  In light of the issuance of the Request for Evidence and the possibility that this case could

3  be administratively resolved, the parties filed a stipulation with this Court to extend the date of the

4  Case Management  Conference from July 7, 2006, to October 6, 2006.

5      6.  The plaintiffs responded to USCIS' Request for Evidence on or about August 18, 2006.

6      7.  The USCIS has initiated new security clearance requirements for beneficiaries of Form I-

7  730 petitions in the United States and is in the process of completing these security checks for the

8  beneficiary in this case.

9      8.  In light of possibility that this case might be administratively resolved within 60 days, the

10  parties jointly ask this Court to extend the date of the case management conference, currently set

11  for October 6, 2006, **to December 8, 2006.**

12      9.  The parties further agree, subject to court approval, to file a joint case management

13  statement seven days in advance of the case management conference.

14

15  Dated:  September 27, 2006                                    /s/
                                                        STACY TOLCHIN
16                                                      Van Der Hout, Brigagliano and Nightingale
                                                        Attorney for Plaintiffs
17

18

19

20  Dated:  September 27, 2006
                                                        KEVIN V. RYAN
                                                        United States Attorney
21

22                                                                    /s/
                                                        EDWARD A. OLSEN[1]
23                                                      Assistant United States Attorney
                                                        Attorney for Defendants
24

25

26

27  _____

28          [1]I, Edward A. Olsen, attest that both Stacy Tolchin and I have signed this stipulation.

STIPULATION AND ORDER CONTINUING CMC
C 06-2459 CRB                               2

1
2
3
**ORDER**
4
     PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management
Conference be continued to December 8, 2006.
5
6
Dated: __September 28, 2006__                    _____
7                                                 CHARLES R. BREYER
                                                  United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



STIPULATION AND ORDER CONTINUING CMC
C 06-2459 CRB                    3