1  MARC VAN DER HOUT, CA SBN # 80778
   STACY TOLCHIN, CA SBN # 217431
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone:  (415) 981-3000
4  Facsimile:  (415) 981-3003
   Email: ndca@vblaw.com
5
   Attorneys for Plaintiffs
6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10 RAJ SINGH KOHLI and                )
   VEENA KAUR KOHLI                   )   No. C 06-02459 CRB
11                                    )
          Plaintffs,                  )
12                                    )   JOINT STIPULATION TO VACATE
       v.                             )   HEARING ON SUMMARY JUDGMENT
13                                    )   MOTION AND TO EXTEND DEADLINE FOR
   MICHAEL CHERTOFF, et. al.          )   PLAINTIFFS' RESPONSE TO DEFENDANTS'
14                                    )   MOTION FOR SUMMARY JUDGMENT
          Defendants.                 )
15 _____    )

JOINT STIP. RE RESPONSE TO DEF. MOT. TO DISMISS
C 06-02459 CRB                                    1

On April 7, 2006, Plaintiffs filed a petition for writ of mandamus in this Court, seeking an order that the Court compel the adjudication of the I-730 Petition for Asylee Relative filed by Plaintiff Veena Kaur Kohli on behalf of Plaintiff Raj Singh Kohli.

On June 15, 2006, the parties filed a stipulation to continue the case management conference based on the belief that Plaintiffs' case may be resolved in the near future.  On September 27, 2006, the parties filed a second stipulation for the same reason.

On December 1, 2006, the parties filed a Case Management Statement proposing that Plaintiffs would file a motion for summary judgment on December 15, 2006, Defendants would file their Response on December 29, 2006, and Plaintiffs would file their reply on January 5, 2007.  The parties agreed to a hearing on the motion for summary judgment on January 19, 2007, at 10:00 a.m.

Plaintiffs filed their motion for summary judgment on December 15, 2006, and on January 5, 2007, in lieu of a Response to that Motion, Defendants filed a Motion to Dismiss as moot because the petition at issue in the mandamus case had been adjudicated on December 28, 2006.

The parties agree that Plaintiffs' reply due on January 5, 2007 is now no longer appropriate given that Defendants have filed a motion to dismiss.  The parties further agree that the hearing on the motion for summary judgment currently set for January 19, 2007 is also no longer necessary given that Defendants adjudicated the application and Plaintiffs have obtained the relief they sought, and thus request that the Court vacate that hearing date.

The parties further agree that Plaintiffs will file a response to Defendants' motion to dismiss on or before Friday January 12, 2007.

//
//
//

JOINT STIP. RE RESPONSE TO DEF. MOT. TO DISMISS
C 06-02459 CRB                             2

1  DATED: January 5, 2007              Respectfully submitted,

2                                       KEVIN V. RYAN
                                        United States Attorney
3

4
                                        _____/s/_____
5                                       EDWARD A. OLSEN[1]
                                        Assistant United States Attorney
6                                       Attorneys for Respondents

7

8

9  DATED: January 5, 2007              _____/s/_____
                                        STACY TOLCHIN
10                                      Van Der Hout, Brigagliano & Nightingale, LLP
                                        Attorneys for Petitioner
11

12

13

14 IT IS SO ORDERED.

15

16 DATED: Janaury 9, 2007              _____
                                        CHARLES R. BREYER
17                                      United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

---

[1] I, Stacy Tolchin attest that Edward Olsen, or his representative, has consented to the filing of this joint case management statement.

JOINT STIP. RE RESPONSE TO DEF. MOT. TO DISMISS
C 06-02459 CRB                                    3