MARC VAN DER HOUT, CA SBN # 80778
STACY TOLCHIN, CA SBN # 217431
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJ SINGH KOHLI and<br>VEENA KAUR KOHLI<br><br>      Plaintffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, et. al.<br><br>      Defendants. | No. C 06-02459 CRB<br><br>STIPULATION TO DISMISS AND<br>[PROPOSED] ORDER |

STIP. TO DISMISS AND [PROP.] ORDER
C 06-02459 CRB                                            1

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, stipulate, subject to the approval of the Court, to dismissal of the above entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Service has adjudicated Plaintiffs' I-730 petition which was the subject of the pending action.

Each of the parties shall bear their own costs and fees.

DATED: January 11, 2007          Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Respondents

DATED: January 11, 2007          _____/s/_____
STACY TOLCHIN
Van Der Hout, Brigagliano & Nightingale, LLP
Attorneys for Petitioner

IT IS SO ORDERED.

DATED:                           _____
                                 CHARLES R. BREYER
                                 United States District Judge

  January 16, 2007

[1] I, Stacy Tolchin attest that Edward Olsen, or his representative, the filing of this joint case management statement.

STIP. TO DISMISS AND [PROP.] ORDER
C 06-02459 CRB                           2

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)